# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:00cr180-1

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JACKIE DENISE CURETON, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter of March 23, 2009. In that letter, defendant appears to request that this court relieve her from payment of restitution as part of supervised release. The court will consider the motion to be one to modify a condition of supervised release. Considered in that context, review of the docket reveals that this court, subsequent to the filing of such motion, allowed supervision to expire with the outstanding financial obligation (restitution) to be collected by civil means. Order Modifying Conditions of Supervision (#32), at p. 1. This was a favorable result for defendant. Thus, it appears to the court that the motion is moot as supervision has ended and the collection of restitution has been left to civil means.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's letter of March 23, 2009, considered to be a motion to modify a condition of supervised release is **DENIED** as moot.

Signed: April 15, 2011

Max O. Cogburn Jr.
United States District Judge